No. 90–1306. KING ISLAND NATIVE COMMUNITY v. MONTANA DEPARTMENT OF FAMILY SERVICES. Sup. Ct. Mont. Certiorari denied.

No. 90–1320. CRAIG ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1321. NATIONAL MEDICAL ENTERPRISES, INC. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 90–1330. PARKER DRILLING CO. v. SANDERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1357. 3550 STEVENS CREEK ASSOCIATES v. BARCLAYS BANK OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–1409. HEXAMER v. FORENESS, DIRECTOR, POSTAL DATA CENTER, UNITED STATES POST OFFICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–1427. SLAY, PERSONAL REPRESENTATIVE OF THE ESTATE OF SLAY, DECEASED, ET AL. v. FORD MOTOR CO. C. A. 10th Cir. Certiorari denied.

No. 90–1430. RABY ET AL. v. M/V PINE FOREST ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1431. STIKES v. CHEVRON U. S. A., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1436. FREDERICK J. DALEY, LTD. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 90–1447. BYBEE ET AL. v. SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 90–1454. VANN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 90–1469. HERNSTADT ET UX. v. BRICKELL BAY CLUB CONDOMINIUM ASSN., INC. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.